UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARLAND E. WILLIAMS                                              CIVIL ACTION

VERSUS                                                                       NO. 16-38

UNITED STATES DEPARMENT OF JUSTICE, ET AL.       SECTION "G" (3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a cognizable claim in federal court and on the grounds of absolute immunity, sovereign immunity, and the Eleventh Amendment.

**NEW ORLEANS, LOUISIANA,** this 14th day March, 2016.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE